In the Matter of the Application of Mrs. Nina Higbee, Respondent, for the Delivery to Her by Mrs. Hazel Goodman, Appellant, of the Books and Papers, Money and Property Appertaining to the Office of Town Clerk of the Town of Salamanca.— Order affirmed, without costs. All concur. (The order directs defendant to deliver books and papers to petitioner in a proceeding to compel

delivery of public records.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.